**Dismissed and Opinion Filed July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00191-CV

### RICKEY E. WILLIAMS, Appellant
### V.
### US BANK NATIONAL ASSOCIATION, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-07543

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The clerk's record in this case is past due. By letter dated May 20, 2016, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written documentation showing appellant has been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).


                                        /Carolyn Wright/
                                        _____
                                        CAROLYN WRIGHT
                                        CHIEF JUSTICE

160191F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RICKEY E. WILLIAMS, Appellant

No. 05-16-00191-CV     V.

US BANK NATIONAL ASSOCIATION, Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-07543.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee US BANK NATIONAL ASSOCIATION recover its costs of this appeal from appellant RICKEY E. WILLIAMS.

Judgment entered July 14, 2016.